AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Elyn Segura et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16-cv-04099 LTS |
| Inkay Corp. et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date: 06/15/2016

/s/ MARTIN E. RESTITUYO
*Attorney's signature*

Martin E. Restituyo [MR 0856]
*Printed name and bar number*

Law Offices of Martin E. Restituyo
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105

*Address*

restituyo@restituyolaw.com
*E-mail address*

(212) 729-7900
*Telephone number*

(212) 729-7490
*FAX number*