# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

February 1, 2017

**BY ECF**

Honorable Debra Freeman  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re:  Segura, et al. v. Inkay Corp., et al.,  
     16-cv-4099 (LTS)

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request that the Court: (a) re-open discovery in this matter until March 13, 2017; and (b) extend the time to file dispositive motions to March 27, 2017. This is the parties' first request to extend discovery deadlines in this action.

The requested extension is necessary to accommodate Plaintiff's anticipated Amended Complaint, which removes the Plaintiff's collective action claims and adds Plaintiff Jorge Luis Gonzalez as a party Plaintiff.[1] Plaintiff anticipates filing this Amended Complaint with Defendants' consent on or before February 6, 2017. The proposed extensions will permit the parties to complete all discovery necessary to move this matter forward to settlement or trial.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____/s/_____  
Shawn Clark  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiffs*

cc:  (By ECF)  
Martin E. Restituyo  
Law Offices of Martin E. Restituyo, P.C.  
*Attorneys for Defendants*

Honorable Laura Taylor Swain  
United States District Judge

---

[1] Mr. Gonzalez is presently an opt-in this action under the Fair Labor Standards Act; Defendants anticipate consenting to the proposed Amended Complaint.

*Certified as a minority-owned business in the State of New York*