## LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

June 5, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-20 17

**BY ECF**

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Segura, et al. v. Inkay Corp.*, et al., 16-cv-4099 (LTS)(DCF)

Your Honor,

This firm represents the defendants, Inkay Corp. (d/b/a Flor de Broadway) and Stephany Lopez (collectively "Defendants"), in the above-referenced matter. On April 19, 2017, Defendants made a motion for summary judgment seeking dismissal of the instant action. On May 11, 2017, you Honor granted plaintiffs' request for an extension of the deadline by which to oppose Defendants' motion, but left unspecified the deadline for a reply.

In order to clear up any ambiguity, Defendants' respectfully request an order establishing on June 16, 2017, as the deadline for submitting their reply in further support of Defendants' motion for summary judgment. Plaintiffs' counsel was consulted and consented to this request.

Defendants thank the Court for its time and attention to this matter.

Respectfully Submitted,

Martin E. Restituyo, Esq.

*Attorneys for Defendants*

Cc: Shawn Clark, Esq.

**SO ORDERED:**

_____ 6/6/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE