## LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

August 23, 2017

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Segura, et al. v. Inkay Corp., et al.*, 16-cv-4099 (LTS)(DCF)

Your Honor,

This firm represents the Defendants Inkay Corp. (d/b/a Flor de Broadway) and Stephany Lopez in above-referenced matter. Pursuant to your Honor's pre-trial scheduling order dated September 9, 2016, [Docket #17] and the amended pre-trial scheduling order dated April 3, 2017 [Docket #23], there appears to be a preliminary conference scheduled for this case on August 29, 2017. While the Court has not advised the parties of the time for that conference, via this letter the Defendants would like to request an adjournment of that conference, and the subsequent Pre-trial conference, scheduled for 45 days after (on October 13, 2017).

As the Court is aware, the parties are awaiting the Court's decision of Defendants motion for summary judgment [Docket #s 24-27]. Thus, we respectfully submit that a pre-trial conference without having previously received a decision on that motion could result in a waste of judicial resources.

We reached out to Plaintiff's counsel, Mr. Shawn Clark, and he consents to this request.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____
Martin E. Restituyo, Esq.

*Counsel for Defendants*

Cc: Shawn Clark, Esq.